UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| VINCENT DIMICELI,<br>               Plaintiff,<br><br>V.<br><br>GALVEX HOLDINGS LTD., et al.<br>               Defendants | **CERTIFICATE OF MAILING**<br><br><br>07 CV 4835 (JGK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**26th day of June, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**6th day of June, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8553 6222 0090**

_____
CLERK

Dated: New York, NY

# FedEx Express — Expanded Service International Air Waybill

For FedEx services worldwide including Express Freight Services, Dangerous Goods, Broker Select, and Letter of Credit

**1 From** *Please print and press hard.*

- Date: 6/26/07
- Sender's FedEx Account Number: 371763589
- Sender's Name: DAVID P. MIRABELLA
- Phone: (516) 467-1258
- Company: MIRABELLA + POWERS, LLC
- Address: 1600 STEWART AVE., SUITE 210
- City: WESTBURY
- State/Province: N.Y.
- Country: USA
- ZIP/Postal Code: 11590

**2 To**

- Recipient's Name: VIIMI PARISH
- Phone:
- Company: GALVEX INTERTRADE OÜ
- Address: KOORMA 5
- City: HARJU
- State/Province: ESTONIA
- Country:
- ZIP/Postal Code: 74115

Recipient's Tax ID number for Customs purposes:

**3 Shipment Information**

- Total Packages: 1
- Total Weight: .25 lbs
- LTR ENV.

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| LEGAL DOCUMENTS | | USA | $0 |

COMPLETE IN ENGLISH.

**4a Express Package Service** — Packages up to 150 lbs./68 kg
- [X] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [ ] FedEx Intl. Economy

**4b Express Freight Service** — Packages over 150 lbs./68 kg
- [ ] FedEx Intl. Priority Freight
- [ ] FedEx Intl. Economy Freight

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other
- [ ] FedEx 10kg Box
- [ ] FedEx 25kg Box

**6a Special Handling**
- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery
- [X] No (dangerous goods)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**6b Broker Selection**
- [ ] Intl. Broker Select

**7a Payment** Bill transportation charges to:
- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check/Cheque

**7b Payment** Bill duties and taxes to:
- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party

**8 Your Internal Billing Reference** — OPTIONAL

**9 Required Signature**

Sender's Signature: /s/ D. V. M.

FedEx Courier Receipt: Date:

FedEx Tracking Number: 8553 6222 0090    Form ID No. 0425

501    PART 158412 • Rev. Date 10/03    ©1994–2003 FedEx • PRINTED IN U.S.A.

*The World On Time.*