

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT DIMICELI,<br><br>        Plaintiff,<br><br>V.<br><br>GALVEX HOLDINGS LTD., et al.<br>        Defendants | **CERTIFICATE OF MAILING**<br><br><br>07 CV 4835 (JGK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 26th day of June, 2007

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 6th day of June, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8553 6222 0171**

_____
CLERK

Dated: New York, NY



**FedEx Express** — Expanded Service International Air Waybill

For FedEx services worldwide including Express Freight Services, Dangerous Goods, Broker Select, and Letter of Credit

**1 From** *Please print and press hard.*

- Date: 6/26/07
- Sender's FedEx Account Number: 371763589
- Sender's Name: DAVID P. MIRABELLA
- Phone: (516) 467.1258
- Company: MIRABELLA + POWERS, LLC
- Address: 1600 STEWART AVENUE, SUITE 210
- City: WESTBURY
- State/Province: NEW YORK
- Country: U.S.A.
- ZIP Postal Code: 11590

**2 To**

- Recipient's Name: CHANCERY HALL
- Company: GALVEX HOLDINGS, LTD
- Address: 52 REID STREET
- City: HAMILTON
- State/Province: BERMUDA
- ZIP Postal Code: HM 12

**3 Shipment Information**

- Total Packages: 1
- Total Weight: .25 lbs
- LTR ENV.

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| LEGAL DOCUMENTS | | U.S.A. | $0 |

*The World On Time.*

**4a Express Package Service**
- ✓ FedEx Intl. Priority

**5 Packaging**
- ✓ FedEx Envelope

**6a Special Handling**
- ✓ No (Dangerous goods)

**7a Payment** — Bill transportation charges to:
- ✓ Sender

**7b Payment** — Bill duties and taxes to:
- ✓ Sender

**9 Required Signature**

Sender's Signature: [signed]

FedEx Tracking Number: 8553 6222 0171    Form ID No: 0425

501

