UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT DIMICELI,
           Plaintiff,

V.

GALVEX HOLDINGS LTD., et al.
           Defendants



CERTIFICATE OF MAILING

07 CV 4835 (JGK)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**26th day of June, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**6th day of June, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8553 6222 0127**

_____
CLERK

Dated: New York, NY



**FedEx Express** — Expanded Service International Air Waybill

For FedEx services worldwide including Express Freight Services, Dangerous Goods, Broker Select, and Letter of Credit

### 1 From
- Date: 6/26/07
- Sender's FedEx Account Number: 371763589
- Sender's Name: DAVID P. MIRABELLA
- Phone: 516.467.1258
- Company: MIRABELLA + POWERS, LLC
- Address: 1600 STEWART AVE., SUITE 210
- City: WESTBURY
- State/Province: N.Y.
- Country: USA
- ZIP/Postal Code: 11590

### 2 To
- Recipient's Name: 
- Phone: 
- Company: SILVER POINT EUROPE, LLP
- Address: 20 ST. JAMES STREET, 4TH FLOOR
- City: LONDON
- State/Province: UNITED KINGDOM
- ZIP/Postal Code: SW1A1ES

### 3 Shipment Information
- Total Packages: 1
- Total Weight: .25 lbs
- LTR ENV.

| Commodity Description (REQUIRED) | Harmonized Code | Country of Manufacture | Value for Customs (REQUIRED) |
|---|---|---|---|
| LEGAL DOCUMENTS | | USA | 40 |

COMPLETE IN ENGLISH.

## The World On Time.

Not all services and options are available to all destinations.

### 4a Express Package Service
- [X] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [ ] FedEx Intl. Economy

### 4b Express Freight Service
- [ ] FedEx Intl. Priority Freight
- [ ] FedEx Intl. Economy Freight

Booking Number: REQUIRED

### 5 Packaging
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other
- [ ] FedEx 10kg Box*
- [ ] FedEx 25kg Box*

### 6a Special Handling
- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery
- Does this shipment contain dangerous goods?
- [X] No  [ ] Yes As per attached Shipper's Declaration  [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

### 6b Broker Selection
- [ ] Intl. Broker Select

### 7a Payment Bill transportation charges to:
- [X] Sender  [ ] Recipient  [ ] Third Party  [ ] Credit Card  [ ] Cash/Check/Cheque

### 7b Payment Bill duties and taxes to:
- [X] Sender  [ ] Recipient  [ ] Third Party

### 8 Your Internal Billing Reference
OPTIONAL

### 9 Required Signature
Sender's Signature: /s/ David P. Mirabella

FedEx Courier Receipt: 
Date: 



FedEx Tracking Number: 8553 6222 0127
Form ID No.: 0425
501

PART 158412 • Rev. Date 10/03 ©1994–2003 FedEx • PRINTED IN U.S.A. Non-Negotiable International Air Waybill