UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT DIMICELI,<br>　　　　　　Plaintiff,<br><br>V.<br><br>GALVEX HOLDINGS LTD., et al.<br>　　　　　　Defendants | CERTIFICATE OF MAILING<br><br><br>07 CV 4835 (JGK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**26th day of June, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**6th day of June, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8553 6222 0079**

　　　　　　　　　　　　　　　　　　　　　　　_J. Michael McMahon_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY



**FedEx Express**

*Expanded Service International Air Waybill*

For FedEx services worldwide including Express Freight Services, Dangerous Goods, Broker Select, and Letter of Credit

**1 From** *Please print and press hard.*

Date: 6/26/07
Sender's FedEx Account Number: 371763589

Sender's Name: DAVID P. MIRABELLA
Phone: (516) 467.1258

Company: MIRABELLA + POWERS, LLC

Address: 1600 STEWART AVENUE, SUITE 210

City: WESTBURY
State/Province: NEW YORK
Country: U.S.A.
ZIP/Postal Code: 11590

**2 To**

Recipient's Name: VIIMSI PARISH
Phone:

Company: GALVEX ESTONIA OÜ

Address: KOORMA 5a

City: HARJU
State/Province: ESTONIA
Country:
ZIP/Postal Code: 74115

**3 Shipment Information**

Total Packages: 1
Total Weight: .25 lbs
LTR ENV.

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| LEGAL DOCUMENTS | | U.S.A. | $0 |

*The World On Time.*

**4a Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Envelope

**6a Special Handling**
☒ No

**7a Payment** Bill transportation charges to:
☒ Sender

**7b Payment** Bill duties and taxes to:
☒ Sender

FedEx Tracking Number: 8553 6222 0079
Form ID No: 0425
501