UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| VINCENT DIMICELI, <br> Plaintiff, <br><br> v. <br><br> GALVEX HOLDINGS LTD., et al. <br> Defendants | CERTIFICATE OF MAILING <br><br><br> 07 CV 4835 (JGK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**26th day of June, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**6th day of June, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8553 6222 0138**

*[signature]*
CLERK

Dated: New York, NY



# FedEx Express

**Expanded Service International Air Waybill**

For FedEx services worldwide including Express Freight Services, Dangerous Goods, Broker Select, and Letter of Credit

**1 From** *Please print and press hard.*

Date: 6/26/07
Sender's FedEx Account Number: 371763589

Sender's Name: DAVID P. MIRABELLA    Phone: (516) 467.1258

Company: MIRABELLA + POWERS, LLC

Address: 1600 STEWART AVE., SUITE 210

Address:

City: WESTBURY    State/Province: N.Y.

Country: USA    ZIP/Postal Code: 11590

**2 To**

Recipient's Name:    Phone:

Company: SILVER POINT GROUP, LLP

Address: 20 ST. JAMES STREET, 4TH FLOOR

Address:

City: LONDON    State/Province: UNITED KINGDOM

Country:    ZIP/Postal Code: SW1A 1ES

Recipient's Tax ID number for Customs purposes

**3 Shipment Information**

Total Packages: 1    Total Weight: .25 lbs    LTR ENV.

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| LEGAL DOCUMENTS | | USA | $0 |

COMPLETE IN ENGLISH.

## The World On Time.

Not all services and options are available to all destinations.

**4a Express Package Service**    Packages up to 150 lbs./68 kg
☒ FedEx Intl. Priority    ☐ FedEx Intl. First
☐    ☐ FedEx Intl. Economy

**4b Express Freight Service**    Packages over 150 lbs./68 kg
☐ FedEx Intl. Priority Freight    ☐ FedEx Intl. Economy Freight

Booking Number    REQUIRED

**5 Packaging**
☒ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube
☐ Other    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6a Special Handling**
☐ HOLD at FedEx Location    ☐ SATURDAY Delivery
Does this shipment contain dangerous goods?
☒ No    ☐ Yes As per attached Shipper's Declaration    ☐ Yes Shipper's Declaration not required    ☐ Dry Ice
☐ Cargo Aircraft Only

**6b Broker Selection**
☐ Intl. Broker Select

**7a Payment** Bill transportation charges to:
☒ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check/Cheque

**7b Payment** Bill duties and taxes to:
☒ Sender    ☐ Recipient    ☐ Third Party

**8 Your Internal Billing Reference**    OPTIONAL

**9 Required Signature**

Sender's Signature: [signature]

FedEx Courier Receipt    Date:



FedEx Tracking Number: 8553 6222 0138    Form ID No. 0425

501