

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT DIMICELI,<br>　　　　　　　　　Plaintiff,<br><br>V.<br><br>GALVEX HOLDINGS LTD., et al.<br>　　　　　　　　　Defendants | **CERTIFICATE OF MAILING**<br><br><br>07 CV 4835 (JGK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**26th day of June, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**6th day of June, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:


**8553 6222 0080**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY



# Expanded Service
## International Air Waybill

For FedEx services worldwide including Express Freight Services, Dangerous Goods, Broker Select, and Letter of Credit

**1 From** *Please print and press hard.*
- Date: 6/26/07
- Sender's FedEx Account Number: 371763589
- Sender's Name: DAVID P. MIRABELLA
- Phone: (516) 467-1258
- Company: MIRABELLA + POWERS, LLC
- Address: 1600 STEWART AVENUE, SUITE 210
- City: WESTBURY
- State/Province: N.Y.
- Country: USA
- ZIP/Postal Code: 11590

**2 To**
- Recipient's Name: Viimsi Parish
- Company: GALVEX SERVICES OÜ
- Address: Koorma 5a
- City: HARJU
- State/Province: ESTONIA
- ZIP/Postal Code: 74115

**3 Shipment Information**
- Total Packages: 1
- Total Weight: .25 lbs
- LTR ENV.

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| LEGAL DOCUMENTS | | USA | $0 |

*The World On Time.*

**4a Express Package Service**
- ☒ FedEx Intl. Priority

**5 Packaging**
- ☒ FedEx Envelope

**6a Special Handling**
- ☒ No (dangerous goods)

**7a Payment** Bill transportation charges to:
- ☒ Sender

**7b Payment** Bill duties and taxes to:
- ☒ Sender

FedEx Tracking Number: 8553 6222 0080   Form ID No.: 0425

501

