UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT DIMICELI,<br>             Plaintiff,<br><br>v.<br><br>GALVEX HOLDINGS LTD., et al.<br>             Defendants | **CERTIFICATE OF MAILING**<br><br><br>07 CV 4835 (JGK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**26ᵗʰ day of June, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**6ᵗʰ day of June, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8553 6222 0105**

_____
CLERK

Dated: New York, NY



# FedEx Express — Expanded Service International Air Waybill

For FedEx services worldwide including Express Freight Services, Dangerous Goods, Broker Select, and Letter of Credit

**1 From**

- Date: 6/26/07
- Sender's FedEx Account Number: 371763589
- Sender's Name: DAVID P. MIRABELLA
- Phone: (516) 467-1258
- Company: MIRABELLA + POWERS, LLC
- Address: 1600 STEWART AVE., STE 210
- City: WESTBURY
- State/Province: N.Y.
- Country: USA
- ZIP/Postal Code: 11590

**2 To**

- Recipient's Name: CHANCERY HALL
- Company: GALVEX TRADE LTD
- Address: 52 REID STREET
- City: HAMILTON
- State/Province: BERMUDA
- ZIP/Postal Code: HM12

**3 Shipment Information**

- Total Packages: 1
- Total Weight: .25 lbs
- LTR ENV.

Commodity Description: LEGAL DOCUMENTS
Country of Manufacture: USA
Value for Customs: $1 0

## The World On Time.

**4a Express Package Service** — ✗ FedEx Intl. Priority

**5 Packaging** — ✗ FedEx Envelope

**6a Special Handling** — Dangerous goods: ✗ No

**7a Payment** Bill transportation charges to: ✗ Sender

**7b Payment** Bill duties and taxes to: ✗ Sender

**9 Required Signature**

Sender's Signature: [signed]



FedEx Tracking Number: 8553 6222 0105    Form ID No. 0425

501

PART 158412 • Rev. Date 10/03
©1994–2003 FedEx • PRINTED IN U.S.A.