```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vincent Dimicelli,

                Plaintiff,

-against-

Galvex Holdings Ltd., Galvex Trade Ltd., Galvex Services OU, Galvex Estonia OU, Galvex Intertrade OU, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver Point Group, LLP,

                Defendant.

Case No: 07 CV 4835(JGK)

STIPULATION AND ORDER

It is hereby stipulated and agreed by and between the undersigned that the time for defendants Galvex Holdings Ltd., Galvex Trade Ltd., Galvex Services OU, Galvex Estonia OU, Galvex Intertrade OU, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver Point Group, LLP to answer or move with regard to the Complaint dated June 6, 2007 is hereby extended to August 20, 2007. This is the first request for an extension to answer or move with regard to the Complaint.

_____
DAVID F. MIRABELLA
MIRABELLA & POWERS, LLC
1660 Stewart Avenue, Suite 210
Westbury, New York 11590
(516) 467-1238
*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vincent Dinnicoli,

                Plaintiff,

-against-

Galvex Holdings Ltd., Galvex Trade Ltd., Galvex Services OU, Galvex Estonia OU, Galvex Intertrade OU, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver Point Group, LLP,

                Defendant.

Case No: 07 CV 4835(JGK)

STIPULATION AND ORDER

It is hereby stipulated and agreed by and between the undersigned that the time for defendants Galvex Holdings Ltd., Galvex Trade Ltd., Galvex Services OU, Galvex Estonia OU, Galvex Intertrade OU, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver Point Group, LLP to answer or move with regard to the Complaint dated June 6, 2007 is hereby extended to August 20, 2007. This is the first request for an extension to answer or move with regard to the Complaint.

_____
DAVID F. MIRABELLA

MIRABELLA & POWERS, LLC
1660 Stewart Avenue, Suite 210
Westbury, New York 11590
(516) 467-1235
Attorneys for Plaintiff

_____
GREGORY MARKEL
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
(212) 504-6000
*Attorneys for Defendant*

Dated: July 19, 2007
New York, NY

SO ORDERED:

_____
U.S.D.J.

7/23/07

-2-