AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Vincent Dimiceli

**SUMMONS IN A CIVIL CASE**

V.

Galvex Holdings LTD., Galvex Trade LTD, Galvex Services OU, Galvez Estonia OU, Galvex Intertrade OU, Galvex Capital L.L.C, Alvarez & Marsal Europe LTD, Silver Point Capital, L.P., Silver Point Europe, LLP and Silver Point Group, LLP

CASE NUMBER: **07 CV 4835**

**JUDGE KOELTL**

TO: (Name and address of defendant)

Galvex Holdings, LTD
Chancery Hall
52 Reid Street
Hamilton, Bermuda HM 12
(Please see attachment)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mirabella & Powers, LLC
1600 Stewart Avenue, Suite 210
Westbury, New York 11590

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                                            JUN 0 6 2007

CLERK                                                                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 7/16/07 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Arthur B. Cyr | TITLE CSM |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: A/s: National Corporate Research LTD Danielle Cyr, auth. to accept service at 330 Roberts St. #203 East Hartford, CT

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-16-07
Date

Signature of Server  Arthur B. Cyr, CSM

P.O. Box 302 Bristol CT 06010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ATTACHMENT TO SUMMONS

Galvex Trade LTD
Chancery Hall
52 Reid Street
Hamilton, Bermuda HM 12

Galvex Services OÜ
Koorma 5a
Viimsi parish
Harju county 74115, Estonia

Galvex Estonia OÜ
Koorma 5a
Viimsi parish
Harju county 74115, Estonia

Galvex Intertrade OÜ
Koorma 5
Viimsi parish
Harju county 74115, Estonia

Galvex Capital L.L.C.
C/o Zvi Hahn, Coudert Brothers LLP
1114 Avenue of the America
New York, New York 10036

Alvarez & Marsal Europe LTD
C/O Alvarez & Marsal
600 Lexington Avenue, 6th Floor
New York, New York 10022

Silver Point Capital L.P.
C/o The Corporation Trust Company Trust Center
1209 Orange Street
Wilmington, DE 19801

Silver Point Europe, LLP
20 St. James Street, 4th Floor
London, SW1A 1ES United Kingdom

Silver Point Group, LLP
20 St. James Street, 4th Floor
London, SW1A 1ES United Kingdom