AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Vincent Dimiceli

**SUMMONS IN A CIVIL CASE**

V.

Galvex Holdings LTD., Galvex Trade LTD,
Galvex Services OU, Galvez Estonia OU,
Galvex Intertrade OU, Galvex Capital L.L.C,
Alvarez & Marsal Europe LTD, Silver Point
Capital, L.P., Silver Point Europe, LLP
and Silver Point Group, LLP

CASE NUMBER:

**07 CV 4835**

**JUDGE KOELTL**

TO: (Name and address of defendant)

Galvex Holdings, LTD
Chancery Hall
52 Reid Street
Hamilton, Bermuda HM 12
(Please see attachment)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mirabella & Powers, LLC
1600 Stewart Avenue, Suite 210
Westbury, New York 11590

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE  JUN 0 6 2007

MARILYN AGRAMOWITZ
Notary Public, State of New York
No. 01AG...
Qualified in Nassau County
Commission Expires Dec. 31, ...

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 7/6/2007 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) JOSEPH STELTZER | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: ALVAREZ & MARSAL EUROPE, LT, 600 LEXINGTON AVE., NEW YORK CITY, NY 10022 (6TH FLOOR) c/o ALVAREZ & MARSAL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED UPON LISA KRAMER, ASST. TO OFFICE MANAGER JOEL POLETSKY, ATTY. (SIGNED SERVERS WORK SHEET UPON ACCEPTING SERVICE.)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 150.00 | TOTAL 150.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/6/2007
         Date

Signature of Server

144 HARBOR VOUTH
Address of Server
Amityville, NY.

Sworn to me before this 9th day of July 2007

[signature] MARILYN ABRAMOWITZ
Notary Public, State Of New York
No. 01AB4802716
Qualified In Nassau County
Commission Expires Dec. 31, 2010

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **ATTACHMENT TO SUMMONS**

Galvex Trade LTD
Chancery Hall
52 Reid Street
Hamilton, Bermuda HM 12

Galvex Services OÜ
Koorma 5a
Viimsi parish
Harju county 74115, Estonia

Galvex Estonia OÜ
Koorma 5a
Viimsi parish
Harju county 74115, Estonia

Galvex Intertrade OÜ
Koorma 5
Viimsi parish
Harju county 74115, Estonia

Galvex Capital L.L.C.
C/o Zvi Hahn, Coudert Brothers LLP
1114 Avenue of the America
New York, New York 10036

Alvarez & Marsal Europe LTD
C/O Alvarez & Marsal
600 Lexington Avenue, 6th Floor
New York, New York 10022

Silver Point Capital L.P.
C/o The Corporation Trust Company Trust Center
1209 Orange Street
Wilmington, DE 19801

Silver Point Europe, LLP
20 St. James Street, 4th Floor
London, SW1A 1ES United Kingdom

Silver Point Group, LLP
20 St. James Street, 4th Floor
London, SW1A 1ES United Kingdom

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT NEW YORK

VINCENT DIMICELI, PLAINTIF
V.
GALVEX HOLDINGS LTD., GALVEX TRADE LTD, GALVEX SERVICES OU, GALVEX ESTONIA OU, GALVEX INTERTRADE OU, GALVEX CAPITAL LLC, ALVEREZ & MARSAL EUROPE LTD, SILVER POINT CAPITAL,LP., SILVER POINT EUROPE, LLP AND SILVER POINT GROUP, LLP , DEFENDANTS
TO
GALVEX HOLDINGS, LTD., CHANCERY HALL, 52 REID STREET HAMILTON, BERMUDA HM 12                                     SS.:

Case No. 07 CV 4835
JUDGE KOELTL
*AFFIDAVIT OF SERVICE*

JOSEPH STELTZER     being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at HARBOR SOUTH, AMITYVILLE, NEW YORK 11701

that on 7/6/2007 @ 9:00AM @ 600 LEXINGTON AVE., (6TH FLOOR) NEW YORK CITY, N.Y. 10022

deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT & INDIVIDUAL JUDGES RULES
on ALVAREZ & MARSAL EUROPE, LTD.     defendant(s) therein named.

**INDIVIDUAL**
1. ☐
By delivering a true copy of each to said defendant(s)
Personally: deponent knew the person(s) so served to be the person(s) as said defendant(s) therein.

**CORPORATION**
2. ☑
A UNITED KINGDOM LTD COMPANY corporation(s), defendant(s), therein named, by delivering and leaving
With LISA KRAMER, ASST TO OFFICE MGR JOEL PORETSKY, ATTY of said corporation(s) a true copy thereof
deponent further knew the said individual(s) to be the managing agent

**SUITABLE AGE PERSON**
3. ☐
by delivering thereat a true copy(ies) of each to          a
person of suitable age and discretion. Said premises is defendant's – actual place of business – dwelling house – usual place of abode – within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐
By affixing a true copy of each to the door of said premises which is defendant's – actual place of business – Dwelling house – usual place of abode – within the state. Deponent was unable, with due diligence to find Defendant(s) or person(s) of suitable age and discretion, thereat, having called there

**MAILING USE WITH 3 OR 4**
☑
Deponent mailed copies of same Post Paid by first class mail properly addressed to defendant at the aforementioned address. The envelope was marked " Personal and Confidential "
not indicating thereon that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under the exclusive care and custody of the U.S. Postal service within New York, on 7/7/2007

**APPROXIMATE DESCRIPTION** ☑
Sex FEM Color WHT Hair Color BRN Approx. Hgt 5'4" Approx. Wgt 155 Approx age 40
(SIGNED SERVERS WORKSHEET UPON ACCEPTING SERVICE)

**MILITARY SERVICE** ☑
**INDEX #** ☑
I asked the person spoken to LISA KRAMER     Whether defendant(s) was/were in active military service of the United States in any capacity whatever or being supported by anyone in the military. Person answered in the Negative. The source of my information and the grounds of my belief are the conversations narrated.

The above action had endorsed thereon the index number and the date of filing.

Sworn to before me on _____

License No 1193639

MARILYN ABRAMOWITZ
Notary Public, State Of New York
No. 01AB4802716
Qualified In Nassau County
Commission Expires Dec. 31, 2010