AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

Vincent Dimiceli

**SUMMONS IN A CIVIL CASE**

V.

Galvex Holdings LTD., Galvex Trade LTD,
Galvex Services OU, Galvez Estonia OU,
Galvex Intertrade OU, Galvex Capital L.L.C,
Alvarez & Marsal Europe LTD, Silver Point
Capital, L.P., Silver Point Europe, LLP
and Silver Point Group, LLP

CASE NUMBER: **07 CV 4835**

**JUDGE KOELTL**

TO: (Name and address of defendant)

Galvex Holdings, LTD
Chancery Hall
52 Reid Street
Hamilton, Bermuda HM 12
(Please see attachment)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mirabella & Powers, LLC
1600 Stewart Avenue, Suite 210
Westbury, New York 11590

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                JUN 0 6 2007

CLERK                                                 DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6-25-2007 |
| NAME OF SERVER (PRINT) MARia Schmitz | TITLE legal Asst. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served personally upon the Corporation's agent via the NYS Secretary of State upon Donna Christie on June 25th 2007, at 41 State Street, Albany, NY 12207, Second floor

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES Service fee $25 Statutory fee $40 | TOTAL $65 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/28/07
Date

Signature of Server

90 State Street, Alb., NY 12207
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ATTACHMENT TO SUMMONS

Galvex Trade LTD
Chancery Hall
52 Reid Street
Hamilton, Bermuda HM 12

Galvex Services OÜ
Koorma 5a
Viimsi parish
Harju county 74115, Estonia

Galvex Estonia OÜ
Koorma 5a
Viimsi parish
Harju county 74115, Estonia

Galvex Intertrade OÜ
Koorma 5
Viimsi parish
Harju county 74115, Estonia

Galvex Capital L.L.C.
C/o Zvi Hahn, Coudert Brothers LLP
1114 Avenue of the America
New York, New York 10036

Alvarez & Marsal Europe LTD
C/O Alvarez & Marsal
600 Lexington Avenue, 6th Floor
New York, New York 10022

Silver Point Capital L.P.
C/o The Corporation Trust Company Trust Center
1209 Orange Street
Wilmington, DE 19801

Silver Point Europe, LLP
20 St. James Street, 4th Floor
London, SW1A 1ES United Kingdom

Silver Point Group, LLP
20 St. James Street, 4th Floor
London, SW1A 1ES United Kingdom

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                                                                    Plaintiff,

**VINCENT DIMICELI**    - INDEX# 07 CV 4835

--- AGAINST ---

**GALVEX HOLDINGS LTD., ET. AL.**
                                                               Defendant,

---

STATE OF NEW YORK)
                  )SS.
COUNTY OF ALBANY)

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 25th day of June, 2007, she served the Summons, Complaint and Individual Judges Rules on GALVEX CAPITAL L.L.C., a limited liability company, one of the defendants in this action by personally delivering to and leaving with a person, DONNA CHRISTIE, white woman, approximately 42 years of age, 5'4", blond hair, blue eyes and approximately 137lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                                   _____
                                                                     MARIA SCHMITZ

Sworn before me this
25th day of June, 2007

_____
LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011