UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                    :

VINCENT DIMICELI,                    :

                       Plaintiff,    :   No. 07 Civ. 4835
                                     :   ECF Case
          - against -          :
                                     :   **NOTICE OF APPEARANCE**

GALVEX HOLDINGS LTD., GALVEX TRADE LTD, :
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,  :
GALVEX INTERTRADE OÜ, GALVEX CAPITAL   :
L.L.C., ALVAREZ & MARSAL EUROPE LTD.,     :
SILVER POINT CAPITAL, L.P., SILVER POINT  :
EUROPE LLP and SILVER POINT GROUP, LLP, :

                       Defendants.  :

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

defendants Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ,

Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver

Point Group, LLP, and requests that the undersigned hereinafter be served with all papers.

Dated: New York, New York
      August 20, 2007

                    FRIEDMAN KAPLAN SEILER & ADELMAN LLP


                    By:    /s/ Eric Seiler
                            Eric Seiler (ES5437)
                            1633 Broadway
                            New York, New York 10019-6708
                            Telephone: (212) 833-1100
                            eseiler@fklaw.com

                            *Attorneys for Defendants Galvex Trade Ltd, Galvex Services OÜ,*
                            *Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal*
                            *Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP*
                            *and Silver Point Group, LLP*

500732.1