UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

VINCENT DIMICELI,

                                   Plaintiff,

                     - against -

GALVEX HOLDINGS LTD., GALVEX TRADE LTD,
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,
GALVEX INTERTRADE OÜ, GALVEX CAPITAL
L.L.C., ALVAREZ & MARSAL EUROPE LTD.,
SILVER POINT CAPITAL, L.P., SILVER POINT
EUROPE LLP and SILVER POINT GROUP, LLP,

                                 Defendants.

-------------------------------------------------------------------x

No. 07 Civ. 4835
ECF Case

**NOTICE OF APPEARANCE**

           PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

defendants Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ,

Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver

Point Group, LLP, and requests that the undersigned hereinafter be served with all papers.

Dated: New York, New York
        August 20, 2007

                  FRIEDMAN KAPLAN SEILER & ADELMAN LLP

                  By:     /s/ Hallie B. Levin
                        Hallie B. Levin (HL1628)
                        1633 Broadway
                        New York, New York 10019-6708
                        Telephone: (212) 833-1100
                        eseiler@fklaw.com

                        *Attorneys for Defendants Galvex Trade Ltd, Galvex Services OÜ,*
                        *Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal*
                        *Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP*
                        *and Silver Point Group, LLP*

500749.1