UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
VINCENT DIMICELI,                                                       :
                                                                        :
                       Plaintiff,                                    :  No. 07 Civ. 4835
                                                                        :  ECF Case
       - against -                                              :
                                                                        :  **NOTICE OF APPEARANCE**
GALVEX HOLDINGS LTD., GALVEX TRADE LTD,                                 :
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,                                  :
GALVEX INTERTRADE OÜ, GALVEX CAPITAL                                    :
L.L.C., ALVAREZ & MARSAL EUROPE LTD.,                                   :
SILVER POINT CAPITAL, L.P., SILVER POINT                                :
EUROPE LLP and SILVER POINT GROUP, LLP,                                 :
                                                                        :
                       Defendants.                                   :
                                                                        :
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendants Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver Point Group, LLP, and requests that the undersigned hereinafter be served with all papers.

Dated: New York, New York
       August 20, 2007

                           FRIEDMAN KAPLAN SEILER & ADELMAN LLP

                           By:   /s/ John N. Orsini
                                John N. Orsini (JO6329)
                                1633 Broadway
                                New York, New York 10019-6708
                                Telephone: (212) 833-1100
                                eseiler@fklaw.com

                            *Attorneys for Defendants Galvex Trade Ltd, Galvex Services OÜ,*
                            *Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal*
                            *Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP*
                            *and Silver Point Group, LLP*

500750.1