UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VINCENT DIMICELI,

                         Plaintiff,

      - against -

GALVEX HOLDINGS LTD., GALVEX TRADE LTD,
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,
GALVEX INTERTRADE OÜ, GALVEX CAPITAL
L.L.C., ALVAREZ & MARSAL EUROPE LTD.,
SILVER POINT CAPITAL, L.P., SILVER POINT
EUROPE LLP and SILVER POINT GROUP, LLP,

                        Defendants.
------------------------------------------------------------------x

No. 07 Civ. 4835
ECF Case

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS GALVEX TRADE LTD, GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ, GALVEX INTERTRADE OÜ, ALVAREZ & MARSAL EUROPE LTD., SILVER POINT CAPITAL, L.P., SILVER POINT EUROPE LLP and SILVER POINT GROUP, LLP

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver Point Group, LLP,[1] certifies that said entities do not have any corporate parents which are publicly held, and that no publicly held corporation owns 10% or more of each of their stock, if

---

[1] No entity affiliated with Silver Point Capital, L.P. or Silver Point Europe LLP by the name of Silver Point Group, LLP exists.

501089.2

any.

Dated:  New York, New York
        August 20, 2007

                            FRIEDMAN KAPLAN SEILER &
                            ADELMAN LLP

                            Eric Seiler (ES5437)
                            Hallie B. Levin (HL1628)
                            John N. Orsini (JO6329)
                            1633 Broadway
                            New York, NY 10019-6708
                            (212) 833-1100

                            *Attorneys for Defendants Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver Point Group, LLP*