UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
VINCENT DIMICELI,                                                :
                                                                 :
                                          Plaintiff,             :   No. 07 Civ. 4835
                                                                 :   ECF Case
                      - against -                                :
                                                                 :   **NOTICE OF MOTION TO**
GALVEX HOLDINGS LTD., GALVEX TRADE LTD,                          :   **DISMISS THE COMPLAINT**
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,                           :
GALVEX INTERTRADE OÜ, GALVEX CAPITAL                             :
L.L.C., ALVAREZ & MARSAL EUROPE LTD.,                            :
SILVER POINT CAPITAL, L.P., SILVER POINT                         :
EUROPE LLP and SILVER POINT GROUP, LLP,                          :
                                                                 :
                                          Defendants.            :
                                                                 :
-----------------------------------------------------------------x

   PLEASE TAKE NOTICE THAT, upon the accompanying declarations of Robert O'Shea, Gay Bronson, and Shephard C. Spink, dated August 20, 2007 and the exhibit thereto, the accompanying memorandum of law, and all prior pleading and proceedings in this action, defendants Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver Point Group, LLP, by and through their undersigned counsel, will move this Court before the Honorable John G. Koeltl, at the United States Court House, 500 Pearl Street, New York, New York 10007, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and

500679.1

12(b)(6) dismissing the Complaint.

Dated:   New York, New York
         August 20, 2007

                                    FRIEDMAN KAPLAN SEILER &
                                    ADELMAN LLP

                                    By: _____
                                    Eric Seiler (ES5437)
                                    Hallie B. Levin (HL1628)
                                    John N. Orsini (JO6329)
                                    1633 Broadway
                                    New York, NY 10019
                                    (212) 833-1100

                                    *Attorneys for Defendants Galvex Trade Ltd, Galvex Services OÜ, Galvex Estonia OÜ, Galvex Intertrade OÜ, Alvarez & Marsal Europe Ltd., Silver Point Capital, L.P., Silver Point Europe LLP and Silver Point Group, LLP*

TO:   David P. Mirabella
       MIRABELLA & POWERS, LLC
       1600 Stewart Avenue, Suite 210
       Westbury, New York 11590

       *Attorneys for Plaintiff*