UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                     :

VINCENT DIMICELI,                   :

                             :

                  Plaintiff,    :     No. 07 Civ. 4835

                             :     ECF Case

       - against -           :

                             :

GALVEX HOLDINGS LTD., GALVEX TRADE LTD, :
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ, :
GALVEX INTERTRADE OÜ, GALVEX CAPITAL :
L.L.C., ALVAREZ & MARSAL EUROPE LTD., :
SILVER POINT CAPITAL, L.P., SILVER POINT :
EUROPE LLP and SILVER POINT GROUP, LLP, :

                             :

                 Defendants.   :

                             :

------------------------------------------------------------------x

**APPENDIX OF ENGLISH AUTHORITIES CITED IN MEMORANDUM OF LAW OF GALVEX TRADE LTD, GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ, GALVEX INTERTRADE OÜ, ALVAREZ & MARSAL EUROPE LTD., SILVER POINT CAPITAL, L.P., SILVER POINT EUROPE LLP AND SILVER POINT GROUP, LLP IN SUPPORT OF THEIR MOTION TO DISMISS THE COMPLAINT**

                            FRIEDMAN KAPLAN SEILER &
                               ADELMAN LLP
                            Eric Seiler (ES5437)
                            Hallie B. Levin (HL1628)
                            John N. Orsini (JO6329)
                            1633 Broadway
                            New York, New York  10019-6708
                            (212) 833-1100

                            *Attorneys for Defendants Galvex Trade Ltd,*
                            *Galvex Services OÜ, Galvex Estonia OÜ,*
                            *Galvex Intertrade OÜ, Alvarez & Marsal*
                            *Europe Ltd., Silver Point Capital, L.P., Silver*
                            *Point Europe LLP and Silver Point Group,*
                            *LLP*

## TABLE OF AUTHORITIES

**TAB**

**CASES**

*Adams v. Cape Indus. PLC*,
    [1990] 1 Ch. 433 (C.A. 1989) ................................................................1

*Barlow & Ors v. Polly Peck Int'l Fin. Ltd. and Anor.*,
    [1996] B.C.C. 486 (Ch. 1995)...............................................................2

*Dunlop Pneumatic Tyre Co. Ltd. v. Selfridge and Co. Ltd.*,
    [1915] A.C. 847, 862-63 (H.L.) (appeal taken from C.A.).....................3

*Salomon v. A. Salomon & Co., Ltd.*,
    [1897] A.C. 22 (H.L. 1896) (appeal taken from C.A.) ...........................4

*Scruttons Ltd. v. Midland Silicones Ltd.*,
    [1962] A.C. 446, 493-94 (H.L. 1961) (appeal taken from C.A.)............5