UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VINCENT DIMICELI,

         Plaintiff,

   - against -

GALVEX HOLDINGS LTD., GALVEX TRADE LTD,
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,
GALVEX INTERTRADE OÜ, GALVEX CAPITAL
L.L.C., ALVAREZ & MARSAL EUROPE LTD.,
SILVER POINT CAPITAL, L.P., SILVER POINT
EUROPE LLP and SILVER POINT GROUP, LLP,

         Defendants.
------------------------------------------------------------------x

No. 07 Civ. 4835
ECF Case

## DECLARATION OF GAY BRONSON IN SUPPORT OF DEFENDANT SILVER POINT EUROPE LLP'S MOTION TO DISMISS THE COMPLAINT

GAY BRONSON, pursuant to 28 U.S.C. § 1746, states:

1. I provide legal advice to Silver Point Europe LLP ("Silver Point Europe"), one of the defendants in this action, and am authorized to make this Declaration of behalf of Silver Point Europe. I make this Declaration in support of Silver Point Europe's Motion to Dismiss the Complaint. A copy of the Complaint in attached to this Declaration as Exhibit A.

2. Silver Point Europe is a limited liability partnership organized under the laws of England and Wales, with its principal place of business in London, England.

3. Silver Point Europe has three partners: Silver Point (UK) Limited, Silver Point (UK) II Limited and Terry Hughes. Silver Point (UK) Limited and Silver Point (UK) II Limited are limited companies organized under the laws of England and Wales, with their

principal places of business in London, England.  Mr. Hughes is a citizen of Ireland and resides in England.

4. Silver Point Europe does not have an office in New York.

5. Silver Point Europe does not own or possess any real estate in New York.

6. Silver Point Europe does not have any bank accounts in New York.

7. Silver Point Europe does not have a telephone listing in New York.

8. Silver Point Europe does not pay taxes in New York.

9. Silver Point Europe does not have a registered agent in New York for the acceptance of service of process.

10. Silver Point Europe is not registered with the New York Department of State as a foreign corporation doing business in New York.

11. Silver Point Europe does not have any clients in New York.

12. Silver Point Europe does not disseminate any marketing materials in New York.

13. Silver Point Europe has not entered into any employment agreement with Vincent Dimiceli.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2007.

_____
Gay Bronson