UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VINCENT DIMICELI,

                Plaintiff,

    - against -

GALVEX HOLDINGS LTD., GALVEX TRADE LTD,
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,
GALVEX INTERTRADE OÜ, GALVEX CAPITAL
L.L.C., ALVAREZ & MARSAL EUROPE LTD.,
SILVER POINT CAPITAL, L.P., SILVER POINT
EUROPE LLP and SILVER POINT GROUP, LLP,

                Defendants.
------------------------------------------------------------------x

No. 07 Civ. 4835
ECF Case

## DECLARATION OF SHEPARD C. SPINK IN SUPPORT OF ALVAREZ & MARSAL EUROPE LTD.'S MOTION TO DISMISS

SHEPARD C. SPINK, pursuant to 28 U.S.C. § 1746, states:

1. I am Senior Director of Alvarez & Marsal Europe Ltd. ("A&M").

2. A&M is a limited company organized under the laws of the England, with its principal place of business in London, England.

3. A&M provides performance improvement, turnaround management and corporate advisory services to European clients ranging from international enterprises to middle market companies to public sector entities.

4. A&M does not have an office in New York.

5. A&M does not own or possess any real estate in New York.

6. A&M does not have any employees who work in New York.

7. A&M does not have any bank accounts in New York.

8. A&M does not have a telephone listing in New York.

9. A&M has never paid taxes in New York.

10. A&M does not have a registered agent in New York for the acceptance of service of process.

11. A&M is not registered with the New York Department of State as a foreign corporation doing business in New York.

12. A&M does not have any clients in New York.

13. A&M does not solicit any business in New York.

14. A&M does not disseminate any marketing materials in New York.

15. A&M has not entered into any employment agreement with Vincent Dimiceli.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 20, 2007.

_____
Shepard C. Spink