UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VINCENT DIMICELI,

                Plaintiff(s),

      -against-

GALVEX HOLDINGS, LTD, et al.,

                Defendant(s),
-----------------------------------------------------------X

07 civ 4835 (JGK)

**ORDER**

      A motion to dismiss was filed on **August 20, 2007.**

      The plaintiff shall serve and file papers in response to the motion by **October 2, 2007.**

      The defendant shall serve and file any reply papers by **October 16, 2007.**

      The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                                    JOHN G. KOELTL
                                     UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 11, 2007