IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT DIMICELI,<br><br>*Plaintiff,*<br><br>v.<br><br>GALVEX HOLDINGS LTD., GALVEX TRADE LTD,<br>GALVEX SERVICESOU, GALVEX ESTONIA OU,<br>GALVEX INTERTRADEOU, GALVEX CAPITAL<br>L.L.C., ALVAREZ & MARSAL EUROPE LTD.,<br>SILVER POINT CAPITAL, L.P.,SILVER POINT<br>EUROPE LLP and SILVER POINT GROUP, LLP,<br><br>*Defendants.* | Civil No. 07CV4835<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Galgano & Associates hereby enters an appearance on behalf of the defendant, GALVEX CAPITAL L.L.C. in this action.

Dated: White Plains, New York
       September 20, 2007

_____
George W. Galgano (GG-8009)
GALGANO & ASSOCIATES
399 Knollwood Road
White Plains, New York 10603
(914) 428-2323 (telephone)
(914) 428-3298 (facsimile)

*Attorney for Defendant*
Galvex Capital L.L.C.