IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VINCENT DIMICELI,** | Civil No. 07CV4835 |
| *Plaintiff,* | |
| v. | **RULE 7.1 STATEMENT** |
| **GALVEX HOLDINGS LTD., GALVEX TRADE LTD, GALVEX SERVICESOU, GALVEX ESTONIA OU, GALVEX INTERTRADEOU, GALVEX CAPITAL L.L.C., ALVAREZ & MARSAL EUROPE LTD., SILVER POINT CAPITAL, L.P., SILVER POINT EUROPE LLP and SILVER POINT GROUP, LLP,** | |
| *Defendants.* | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **GALVEX CAPITAL L.L.C.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

NONE

Dated: White Plains, NY
September 20, 2007

George W. Galgano Jr.
Attorney Bar Code: GG8009