**Exhibit E**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VINCENT DIMICELI,

                         Plaintiff,            No. 07 Civ. 4835
                                         ECF Case

        - against -

                                           **NOTICE OF DISMISSAL**
GALVEX HOLDINGS LTD., GALVEX TRADE LTD,  **WITH PREJUDICE**
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,
GALVEX INTERTRADE OÜ, GALVEX CAPITAL
L.L.C., ALVAREZ & MARSAL EUROPE LTD.,
SILVER POINT CAPITAL, L.P., SILVER POINT
EUROPE LLP and SILVER POINT GROUP, LLP,

                        Defendants.
------------------------------------------------------------------x

NOTICE IS HEREBY GIVEN, in accordance with F.R.C.P. 41(a)(1)(i), that plaintiff's claims in this action are hereby dismissed in their entirety against all defendants, with prejudice, and without costs to any party.

Dated: New York, New York        MIRABELLA & POWERS, LLC
       October 29, 2007

                                      By: _____
                                          David P. Mirabella (DM2485)
                                          1600 Stewart Avenue, Suite 210
                                          Westbury, New York 11590
                                          (516) 467-1258

                                          *Attorneys for Plaintiff Vincent Dimiceli*