**Exhibit E**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
VINCENT DIMICELI,

                        Plaintiff,

        - against -

GALVEX HOLDINGS LTD., GALVEX TRADE LTD,
GALVEX SERVICES OÜ, GALVEX ESTONIA OÜ,
GALVEX INTERTRADE OÜ, GALVEX CAPITAL
L.L.C., ALVAREZ & MARSAL EUROPE LTD.,
SILVER POINT CAPITAL, L.P., SILVER POINT
EUROPE LLP and SILVER POINT GROUP, LLP,

                        Defendants.
-----------------------------------------------------------------x

No. 07 Civ. 4835
ECF Case

**NOTICE OF DISMISSAL
WITH PREJUDICE**

NOTICE IS HEREBY GIVEN, in accordance with F.R.C.P. 41(a)(1)(i), that plaintiff's claims in this action are hereby dismissed in their entirety against all defendants, with prejudice, and without costs to any party.

Dated: New York, New York
       October 29, 2007

MIRABELLA & POWERS, LLC

By: _____
    David P. Mirabella (DM2485)
    1600 Stewart Avenue, Suite 210
    Westbury, New York 11590
    (516) 467-1258

*Attorneys for Plaintiff Vincent Dimiceli*